# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140514-5(116)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARTHUR RONALD HAILEY, III,
      Defendant-Appellant.

_____

SC: 140514-5
COA: 276423; 276904
Wayne CC: 06-008941-01
          06-008939-01

      On order of the Chief Justice, the motion by defendant-appellant for extension of time for filing his brief is considered and, it appearing the brief was filed October 1, 2010, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010

_____
Clerk